ACCEPTED
03-14-00390-CV
5362436
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/20/2015 2:57:10 PM
JEFFREY D. KYLE
CLERK

# Jon Michael Smith

## Attorney

3305 Northland Drive

Suite 500

Austin, Texas 78731

512.371.1006

512.476.6685 (fax)

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

5/20/2015 2:57:10 PM
JEFFREY D. KYLE
Clerk

www.jonmichaelsmith.com

jon@jonmichaelsmith.com

May 19, 2015

***Via Electronic Filing***

Third Court of Appeals

209 W 14th Street

Austin, TX 78701

RE:    Cause No. 03-14-00390-CV; Charles P. Akin DDs v. Texas State Board of Dental Examiners; In The Third Court of Appeals for the Third District of Texas at Austin, Texas.

Dear Clerk:

Please be advised that Mr. Jon Michael Smith will be on vacation beginning ***Thursday, July 30, 2015 and returning Monday, August 17, 2015.***

He therefore requests that no settings, hearings, depositions, deadline matters, or matters requiring a response be delivered and/or scheduled during that time in the above-referenced cause of action.

Please filemark this letter. If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Ana Parra

Assistant to Jon Michael Smith

CC:

Mark Hanna ***Via Fax (512) 477-1188***

Mr. Harold J. Liller, Assistant Attorney General ***Via Fax (512) 320-0167***